UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MARIA STRAWDER and GILBERT STRAWDER,

    Plaintiffs,

v.                                     Case No: 5:20-cv-63-Oc-30PRL

ATS PROPERTY MANAGEMENT, LLC,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon the Joint Motion for Approval of Parties' Settlement Agreement and Stipulated Dismissal with Prejudice (Dkt. 26). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion for Approval of Parties' Settlement Agreement and Stipulated Dismissal with Prejudice (Dkt. 26) is GRANTED.

2. The Settlement Agreement is approved.

3. This action is DISMISSED WITH PREJUDICE.

4. All pending motions are denied as moot.

5. The Court retains jurisdiction for up to one (1) year over any matter pertaining to enforcement of the settlement.

6. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of September, 2020.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record